492 A.2d 1381

**Anthony D. RE and Mary C. Re, Respondents,**

**v.**

**COLUMBIA ACCIDENT & HEALTH INSURANCE COMPANY, Petitioner.**

Supreme Court of Pennsylvania, Eastern District.

May 16, 1985.

## ORDER

PER CURIAM.

AND NOW, to-wit, this 16th day of May, 1985, it appearing from the record that the Petitioner's exceptions were preserved for review, it is hereby ORDERED, ADJUDGED and DECREED that the Order of the Superior Court dated August 31, 1984 is reversed, and this case is remanded to

the Superior Court for disposition of Petitioner's exceptions to the trial judge's jury instructions.